# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL A. LEE,    Petitioner | : : : | |
| | : | No. 1:21-cv-952 |
| v. | : : | |
| | : | (Judge Rambo) |
| H. QUAY,    Respondent | : : : | |

## ORDER

**AND NOW**, on this 8th day of September 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**;

2. Petitioner's "motion to voluntarily dismiss/withdraw ground four without prejudice" (Doc. No. 10) is **DENIED AS MOOT**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Sylvia H. Rambo<br>
United States District Judge