IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL A. LEE, | : | |
|     Petitioner | : | |
| | : | No. 1:21-cv-00952 |
| v. | : | |
| | : | (Judge Rambo) |
| H. QUAY, | : | |
|     Respondent | : | |

## ORDER

**AND NOW**, on this 18th day of May 2022, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's motion, filed pursuant to Rule 60(b) of the Federal Rules of Civil Procedure (Doc. No. 34), is **DENIED** as moot; and

2. The above-captioned action shall remain **CLOSED**.

                                                s/ Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge